# Order

Michigan Supreme Court
Lansing, Michigan

December 17, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

150404(3)

IN RE J. CEDRIC SIMPSON, JUDGE
14A DISTRICT COURT

SC: 150404
JTC Formal Complaint 96

BEFORE THE JUDICIAL TENURE COMMISSION
_____/

On order of the Court, the December 2, 2014 order of the Court appointing the Hon. Timothy P. Pickard as master to hear Judicial Tenure Commission Formal Complaint No. 96 is RESCINDED. On further order of the Court, the Hon. Peter D. Houk is appointed as master to hear the formal complaint.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 17, 2014



Clerk